IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LUIS VASQUEZ,

                                                                                                                ORDER

                   Plaintiff,

                                                                                            07-cv-723-bbc

      v.

BEN HILBERT, MIKE BIERSACK,
MICHAEL PASSIG, JAIME FUECHT,
STEVEN SCHUELER, MARY ANN GORSKE,
TIMOTHY PRICE and JORDAN PRIEST,

                  Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In an order dated September 23, 2008, I gave instructions to the parties regarding the upcoming trial in this case and reminded them of their deadlines for trial submissions. In addition, I directed the Clerk of Court to issue a writ of habeas corpus ad testificandum for plaintiff's attendance at trial. It has come to my attention that the order incorrectly identifies the trial date as November 3, which is the trial date for one of plaintiff's other pending cases in this court. Accordingly, IT IS ORDERED that the September 23, 2008 order is AMENDED to state that the Clerk of Court is directed to issue a writ of habeas corpus ad testificandum for the attendance of plaintiff Luis Vasquez at trial beginning on

1

November 17, 2008, to arrive no later than 8:00 am. The order remains unchanged in all other respects.

Entered this 25th day of September, 2008.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge