IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LUIS VASQUEZ,

                                                                              ORDER

                   Plaintiff,

                                                                   07-cv-723-bbc

     v.

BEN HILBERT, MIKE BIERSACK,
MICHAEL PASSIG, JAIME FUECHT,
STEVEN SCHUELER, MARY ANN GORSKE,
TIMOTHY PRICE and JORDAN PRIEST,

                   Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Trial in this prisoner civil rights case for excessive force and inadequate medical care is scheduled for November 17, 2008. Plaintiff Luis Vasquez has filed a petition for a writ of habeas corpus ad testificandum for two prisoners incarcerated at the Waupun Correctional Institution in Waupun, Wisconsin: James Holmes and Clyde Scott. In his petition and supporting affidavit, plaintiff says that these two prisoners have agreed to testify voluntarily and that they were eye witnesses to the incidents that gave rise to this lawsuit. In particular, Holmes witnessed the alleged use of excessive force and Scott witnessed the injuries plaintiff sustained and defendant Priest's alleged failure to seek medical treatment

1

for plaintiff.  Because these matters are relevant to plaintiff's claims, I will grant the petition.

ORDER

IT IS ORDERED that plaintiff Luis Vasquez's petition for writs of habeas corpus ad testificandum is GRANTED.  The clerk of court is directed to issue writs for James Holmes and Clyde Scott at the Waupun Correctional Institution in Waupun, Wisconsin, to appear at this court at 9:00 am on November 17, 2008.

Entered this 23rd day of October, 2008.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge