# UNITED STATES DISTRICT COURT
### Western District of Wisconsin

LUIS VASQUEZ,

        Plaintiff,

    v.

BEN HILBERT, MIKE BIERSACK,
MICHAEL PASSIG, JAIME FUECHT,
STEVEN SCHUELER, MARY ANN GORSKE,
TIMOTHY PRICE and JORDAN PRIEST,

        Defendants.

### JUDGMENT IN A CIVIL CASE

Case No.: 07-cv-723-bbc

---

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

### IT IS ORDERED AND ADJUDGED

**Pursuant to verdict of the jury, this case is dismissed with prejudice against all defendants.**

JOEL TURNER

**Joel Turner, Acting Clerk**

/s/ M. Hardin

**by Deputy Clerk**

_____11/18/08_____
Date